FILED 24 FEB '25 10:54 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JARED LANE WISE                                   Case No.  6:24-CV-02009-MTK

    Plaintiff

    v.

GREGORY EDMONT DE LA DOUCETTE

    Defendant

---

## ADDITION OF INFORMATION TO CASE FILE

1.    Jared Lane Wise (Plaintiff) makes this filing to include information relevant to his complaint against Gregory Edmont de la Doucette (Defendant).

2.    On November 17, 2002, "The Guardian", a newspaper based in the United Kingdom, wrote an article about Defendant.  The article was written by Vanessa Thorpe and contained allegations of Defendant making false claims about his career and experience.

3.    The 2002 Guardian article can currently be found online at the following website: https://www.theguardian.com/business/2002/nov/17/bbc.broadcasting

4.    The text of the article is included below in italics:

*When ITV snatched Miss Marple from the BBC, it ended in a scriptwriters' whodunnit. Popular drama formats are frontline territory in the TV ratings war. The millions of loyal fans are vital to a channel's health, and Granada's victory in snatching Miss Marple from under the nose of the BBC last week demonstrates just how highly prized a tried and tested formula can be. Aside*

Page 1 – **EXHIBIT**

*from the fee for the rights, the company will be spending £20 million on 24 hours of Agatha Christie classics over the next four years. To rub salt into the BBC's wounds, those who clinched the deal at Granada have argued that independent television is now making all the popular and challenging drama on British TV. Now, in an unexpectedly dramatic twist worthy of its own mini-series, the BBC has hit back. Covert hostilities have broken out this month over the disputed credentials of a scriptwriter who had been billed as ITV's secret weapon for the New Year. Gregory Edmont, who has created a big-budget drama for Carlton, was originally presented as a hotshot who had worked on the American shows The Sopranos and ER, but it has emerged that this is not the case. His new prime-time show, Sweet Medicine, will replace the popular, long-running series Peak Practice, which once attracted more than 6 million viewers. Last February a Carlton spokesman gleefully told the listings magazine TV Quick that their writing team had been joined by 'a writer who has worked on Channel 4's cult Mafia show The Sopranos' and who would be developing storylines for a new series. But inquiries reveal that Edmont, far from being an established name in the United States, is at the beginning of his career and is not known at the Hollywood production office of ER or by the small team of writers working in the New York offices of The Sopranos. A producer on the rival BBC show, Rockface, has revealed that the corporation considered using Edmont as a writer on the second series of the mountain rescue drama, but that discrepancies in his CV had warned them off. 'We were looking for some fresh people,' said Brad Adams of Union Pictures. 'Edmont had been recommended to us. He gave us some examples of his work, including an ER script. 'It became apparent he had said he had written things he hadn't done. We terminated the relationship before any money had been paid out. Something wasn't stacking up. We didn't want to compromise our project, although he might write stuff that is very good for other people.' The BBC producer on Rockface, Nadine Marsh-Edwards, added: 'I*

understood we had someone in mind with American experience, who turned out not to have it. Who wouldn't be interested in someone who had worked on those two shows?' In response, Carlton argues that Edmont, who is half-French, half-American and whose full name is Gregory Edmont de la Doucette, has sufficient experience. A spokeswoman explained that his appointment followed work on a Canadian cable TV series. 'Gregory was brought in by Neil Zeiger, a former producer on Peak Practice , because he had worked with him before in Canada,' she said. 'And he does have writing experience on ER and The Sopranos. He has done rewrites.' According to writers on The Sopranos, Edmont has never worked there. 'I certainly would have heard of him,' said a writer who has served four years on the show. Another American screenwriter on show was annoyed by the claim. 'Canadian cable, fine. But it is not The Sopranos, right?' he said. At the production offices of the long-running Warner Brothers hospital drama ER, the message was the same. 'Mr Edmont doesn't actually have a writing credit with us,' a production secretary said. 'Our own writers do all our rewrites,' she added. 'He may have helped a writer at some point with an idea.' Drama producer Zeiger, who is now working for the BBC, said he was 'surprised' by the confusion over Edmont's past. 'If you tell the slightest fib in this business you get exposed,' he said. 'Of course, I come across it all the time, but never on this scale. I did work with Greg on The Secret Adventures of Jules Verne and I introduced him to Carlton, but Peak Practice was axed and so Greg pitched them another show, Sweet Medicine.' The writer has confirmed this version of events, but he did not comment on his purported work for ER or The Sopranos. 'I can see why there's a lot of excitement about Sweet Medicine,' Edmont said. 'Carlton has put together an amazing team.' Edmont's agent in America, Jonathan Herzog, cannot explain why the makers of Rockface believe Edmont originally sent them an ER script. He added that 'sometimes writers are not allowed to reveal the shows they have worked on'. Yet Edmont, who divides his time between America and

*France, is listed as a member of the Screen Writers Guild of America, Jonathan Powell, Carlton's head of drama, points out. Powell says he personally checked the writer's credentials when he heard industry rumours. 'I was satisfied he wasn't misrepresenting himself,' said Powell. 'You have to earn a certain amount of money from writing to belong to the guild.' The independent Hollywood producer Ed Wacek also confirms that Edmont once worked with him on a film script that was bought by Universal, but never made. 'He was great,' he said. 'It was his first project, I think.' The plot of Sweet Medicine, which is, like Peak Practice, set in a general practice in the Derbyshire countryside, will revolve around a clash between a young female doctor and her strong-willed mother-in-law. Meanwhile, the real Sopranos-inspired family feud is raging between British television's rival drama camps.*

DATED this 20th day of February, 2025.

_____

Jared L. Wise, Pro Se

JARED WISE
116 SW TAFT AVE.
BEND, OR 97702

Retail





97401

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SALIDA, CA 95368
FEB 21, 2025

$1.77

S2324N504394-13

US DISTRICT COURT CLERKS OFFICE
405 E 8th AVE. #2100
EUGENE, OR 97401