FILED 24 FEB '25 10:54 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JARED LANE WISE

Plaintiff

v.

GREGORY EDMONT DE LA DOUCETTE

Defendant

Case No. 6:24-CV-02009-MTK

---

**STATUS UPDATE**

1. Jared Lane Wise (Plaintiff) files this motion to provide an update related to his complaint against Gregory Edmont de la Doucette (Defendant).

2. As noted in the initial complaint, Defendant is a United States citizen who resides permanently and full-time in France, requiring Plaintiff to serve the summons, complaint and other documents to Defendant in France rather than in the United States.

3. Plaintiff has retained an international process server based in the United States to assist with international service of the documents in France, according to the provisions detailed in the Hauge Convention.

4. France requires that documents to be served from the United States are provided in both English and French. Plaintiff is complying with this requirement but notes for the record that Defendant is a native-born United States citizen whose first language is English and whose profession is an author and screenwriter in English.

5. The international process server retained by Plaintiff has begun the process to formally serve Defendant in France through French authorities as required by the Hague Convention. As the actual service process by French authorities is out of the control of Plaintiff or the international service firm, the process is expected to take some time.

6. Upon successful service of all related documents by the international process server and French authorities, Plaintiff will provide proof of service and other updates to the court.

DATED this 20th day of February, 2025.

______________________________

Jared L. Wise, Pro Se

JARED WISE
116 SW TAFT AVE.
BEND, OR 97702

Retail

UNITED STATES POSTAL SERVICE

97401

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SALIDA, CA 95368
FEB 21, 2025

$1.77

S2324N504394-13

US DISTRICT COURT CLERKS OFFICE
405 E 8th AVE. #2100
EUGENE, OR 97401