UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JARED LANE WISE

Plaintiff

v.

GREGORY EDMONT DE LA DOUCETTE

Defendant

Case No. 6:24-CV-02009-MTK

## STATUS UPDATE

1. Jared Lane Wise (Plaintiff) files this document to provide an update related to his complaint against Gregory Edmont de la Doucette (Defendant).

2. As noted in the initial complaint, Defendant is a United States citizen who resides permanently and full-time in France, requiring Plaintiff to serve the summons, complaint and other documents to Defendant in France rather than in the United States.

3. Plaintiff retained international process server Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, based in Portland, Oregon, United States to assist with international service of the documents in France, according to the provisions detailed in the Hauge Convention.

4. France requires that documents to be served from the United States are provided in both English and French. Plaintiff complied with this requirement but notes for the record that Defendant is a native-born United States citizen whose first language is English and whose profession is an author and screenwriter in English.

Page 1 – **STATUS UPDATE**

5. Crowe Foreign Services managed the process on behalf of Plaintiff to formally serve Defendant in France through French authorities as required by the Hague Convention.

6. Following are the dates related to the service of documents to Defendant in France.

   a. February 24, 2025 – all documents, in English and French, were received by the Central Authority in France for service upon Defendant in accordance with the Hague Convention

   b. April 4, 2025 – Date of document service on Defendant by French Commissioner of Justice

   c. April 15, 2025 – Date of letter from French Commissioner of Justice to Crowe Foreign Services confirming service according to the Hague Convention

   d. April 22, 2025 – Date of affidavit from Celeste Ingalls of Crowe Foreign Services providing an update on the efforts to serve Defendant in France according to the Hague Convention (Note: the April 15, 2025 letter from the French Commissioner of Justice documenting the service on April 4, 2025 had not yet been received by Crowe Foreign Services or Plaintiff by this date).

   e. May 21, 2025 – Date of affidavit from Celeste Ingalls of Crowe Foreign Services certifying English translation of service documents from the French Commissioner of Justice

7. Consistent with requirements of the Hague Convention and the United States District Court in Eugene, Defendant was served with the following documents related to this lawsuit, in both English and French:

    a. Summons

    b. Complaint

    c. ECF 2 (Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Discovery Agreement, Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route, Civil Case Management Time Schedules)

    d. ECF 3 (Case Management Order)

    e. Plaintiff's attestation of Defendant's English ability

    f. Hague summary with Warning Page

8. Plaintiff has formally and successfully served Defendant with all required documents, in both English and French, in accordance with procedures of the United States District Court in Eugene and the Hague Convention.

DATED this 26th day of May, 2025.

                                                                  */s/ Jared Wise*

                                                                Jared L. Wise, Pro Se