Filed JW

RECV'D 03 JUN '25 13:22 USDC-ORE

## AFFIDAVIT OF ACCURATE TRANSLATION

OREGON                )
                      ) ss.
County of Multnomah   )

    I declare that I, Celeste Ingalls, citizen of the United States, over the age of twenty-one, not a party to the issue in question, and having been duly sworn, depose and state the following:

    I am Director of Operations for Crowe Foreign Services, 733 SW Vista Avenue, Portland, Oregon, specializing in providing accurate translation of legal, judicial, extra-judicial and general documents from the French language into the English language.

    I do hereby swear, under oath and penalty of perjury under the laws of the United States of America, that the attached English translation (Exhibit 1) is a true and accurate translation of the French Hague proof documents for the service upon Gregory Edmont de la Doucette (Exhibit 2).

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 21st day of May 2025.

_____
Notary Public for Oregon

**OFFICIAL STAMP**
**NAO SAKAMOTO**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1041421
MY COMMISSION EXPIRES OCTOBER 05, 2027

*Please add to case #*
*6:24-CV-02009-MTK*

*Thank you*
*Jared Wise*
*Plaintiff*
*209-505-8208*

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| L. Celeste Ingalls | Ministère de la Justice, Direction des Affaires |
| Crowe Foreign Services | Civiles et du Sceau, Département de l'entraide, |
| 733 SW Vista Avenue | du droit international privé et européen (DEDIPE) |
| Portland, Oregon 97205 | 13, Place Vendôme, |
| USA | 75042 Paris Cedex 01, France |
| Email: Lci@foreignservices.com | Tel. +33 (0)1 44 77 61 05 |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

> **(identity and address)**
> (identité et adresse)
> Gregory Edmont de la Doucette
> La Combe de Ferriere
> Saint Michel de Deze, France 48160

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Hague Summary with Warning Page
- Summons in a Civil Action
- Complaint for a Civil Case
- Case Management Order
- Civil Case Assignment Order
- Discovery and Pretrial Scheduling Order, with Attachments
- English Ability
- All with French translation
- 
- Case No. 6:24-CV-02009-MTK

* if appropriate / s'il y a lieu

| Done at / Fait à Portland, Oregon USA, | Signature and/or stamp |
|---|---|
| The / le  February 21, 2025 | Signature et / ou cachet<br>*L Celeste Ingalls* |

[Logo]
NATIONAL CHAMBER
OF COMMISSIONERS FOR JUSTICE

Paris, April 15, 2025

**CROWE FOREIGN SERVICES**
L. Celeste Ingalls
733 SW Vista Avenue
**PORTLAND**, OREGON 97205

**UNITED STATES OF AMERICA**

<u>Your references</u>: **6:24-CV-02009-MTK – Summons to appear before the Oregon District Court**

<u>Our references</u>: 42665

Dear colleague,

Please find, in this envelope, the documents concerning the request for service of process to:

> **Mr. Gregory Edmont de la Doucette**
> La Combe de Ferriere
> PO Box 21
> 48160 SAINT-MICHEL-DE-DEZE

…which had the following result:

- ❏ Personal delivery
- ❏ Delivery to person present at the domicile
- ❏ Delivery to person authorized to receive the document
- ☒ **Submission to the office**
- ❏ Unsuccessful search report (Report 659)
- ❏ Attempted delivery report (does not live at the specified address)

We wish you safe receipt.

Sincerely yours,

**Service of foreign documents**
[Signature]

44 RUE DE DOUAI - 75009 PARIS - FRANCE - TEL.: +33 185 734 523
E-mail: p.bannier@cncj.fr

EXHIBIT 1

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

---the (date)_____ *April 4, 2025*_____
---at (place, street, number)_____ *LA COMBE DE FERRIÈRE*_____
_____ *48160 SAINT-MICHEL-DE-DÈZE*_____

---in one of the following methods authorized by article 5---
☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*._____ *SUBMITTED TO THE OFFICE*_____
☐ (b) in accordance with the following particular method*: _____
_____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:
---Identity and description of person_____
---Relationship to the addressee (family, business or other): _____
_____

2) that the document has not been served, by reason of the following facts*"

_____
_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes
Documents returned:_____ *Service of process completed on April 4, 2025.*_____
In appropriate cases, documents establishing the service:_____ *And our invoice*_____
- If appropriate

Done at *MENDE*                          Signature and/or stamp
                                         *[Signature]*
On *April 7, 2025*                       *[Stamp:]*
                                         *SARL Clemence Broch,*
                                         *Commissioner for Justice,*
                                         *12, avenue Foch – 48000 MENDE*
                                         *Telephone: 04 66 65 14 71 - Fax: 04 66 49 11 76*

Permanent Bureau July 2017

| | |
|---|---|
| **SARL Clemence Broch**<br>**Commissioner for Justice**<br>12, Avenue Foch<br>48000 MENDE<br>Telephone: 04.66.65.14.71<br>Direct line for reports<br>only: 07.85.81.97.29<br>clemencebroch.huissier@orange.fr<br><br><br>Digital document filing<br>Secure payment:<br>https://www.broch-huissier.fr<br><br>Member of Groupement Des<br>Huissiers de Justice Officiers<br>Vendeurs [Association of Bailiffs<br>and Judicial Auctioneers]<br><br><br>**DEED**<br>**OF**<br>**SERVICE**<br><br>**FIRST DISPATCH**<br><br><br><br>**COST OF DOCUMENT**<br>(Decree No. 2016-230 of 02/26/2016)<br>Art R444-3 Flat fees    48.85<br>Art A. 444-48 Travel expenses   9.40<br>Personal delivery cost<br>~~VAT 20.00%~~    ~~0.00~~<br>Total incl. taxes EUR   58.25<br>Third-party delivery cost<br>~~VAT 20.00%~~    ~~0.00~~<br>Postal notice Art.20    2.32<br>Total incl. taxes EUR   60.57<br><br>Reference: MD93231_2<br>No.: 4654 | **SERVICE OF PROCESS OF A DOCUMENT FROM A FOREIGN STATE OUTSIDE THE EUROPEAN UNION**<br>In application of The Hague Convention of November 15, 1965<br><br>**IN THE YEAR TWO THOUSAND AND TWENTY-FIVE AND ON**<br>[Stamp:] *APRIL FOUR*<br><br>*I, the undersigned, Clemence Broch, Esq., Commissioner for Justice within the SARL [Limited Liability Company] Clemence Broch, holder of a Commissioner for Justice Office in MENDE (48000), 12 avenue FOCH,*<br><br>**AT THE REQUEST OF:**<br>Mr. JARED LANE WISE, residing at 116 SW Taft Avenue Bend, OR 97702 UNITED STATES OF AMERICA BEND OR<br><br>Having elected domicile in my office.<br><br>**TO:**<br>Mr. GREGORY EDMONT DE LA DOUCETTE, residing at LA COMBE DE FERRIÈRE, 48160 SAINT-MICHEL-DE-DÈZE<br><br>where we went and talked as specified below,<br><br>**HEREBY SERVE AND LEAVE A COPY** of a document from the United States of America, in application of The Hague Convention of November 15, 1965<br><br>The document is drawn up in the following language(s): *French and English.*<br><br>**VERY IMPORTANT**<br><br>Please be informed that, in accordance with Article 688-6 paragraph 2 of the French Civil Procedure Code, you may refuse to be served with a document that is not in a language you know, and that you may request that it be translated or accompanied by a translation into French.<br><br>In the case of personal delivery, I have conveyed the above information to you verbally.<br><br>This service of process is made in accordance with the provisions of The Hague Convention of November 15, 1965.<br><br>**Article 688-6 paragraph 2 of the French Civil Procedure Code:**<br>*"The document shall be served in the language of the State of origin. However, an addressee who does not know the language in which the document is drawn up may refuse service and request that it be translated into or accompanied by a translation into French, at the request and expense of the requesting party.*<br>*The authority responsible for delivery or service shall inform the addressee of the document of this possibility. Mention is made of this* |

|  | *information in the document recording the delivery or service."* |
|--|--|
|  | Clemence Broch, Esq.<br>[Seal]<br>**Clemence Broch, Esq.**<br>Commissioner for Justice<br>12, avenue Foch – 480000 MENDE |

| | |
|---|---|
| **SARL Clemence Broch**<br>**Commissioner for Justice**<br>12, Avenue Foch<br>48000 MENDE<br>Telephone: 04.66.65.14.71<br>Direct line for reports<br>only: 07.85.81.97.29<br>clemencebroch.huissier@orange.fr<br><br>Secure remote payment<br>Digital document filing<br>Secure remote payment:<br>https://www.broch-huissier.fr<br><br>**Member of Groupement Des**<br>**Huissiers de Justice Officiers**<br>**Vendeurs [Association of Bailiffs**<br>**and Judicial Auctioneers]**<br><br><br>**DEED**<br>**OF**<br>**SERVICE**<br><br><br>**COST OF DOCUMENT**<br>(Decree No. 096-1080 of 12/12/1996)<br>VAT 20.00%<br>0.00<br>Art R444-3 Flat fees           48.85<br>Art A. 444-48 Travel expenses  9.40<br>Postal notice Art.20           2.32<br>Total incl. taxes EUR         60.57<br><br> | **METHODS OF DELIVERING THE DOCUMENT**<br><br>Document number    MD93231 2<br>File               JARED LANE WIS/EDMONT DE LA D<br>References         SAE/42665 Case Jared Lane WISE vs. Mr. Gregory<br>de la Doucette<br>Service date:      April 4, 2025<br><br>**FOR:   Mr. Gregory Edmont de la Doucette**<br><br>*This document was delivered by the sworn Clerk for the service of Commissioner for Justice documents under the conditions listed below and according to the statements made to him.*<br><br>At the addressee's domicile, which is confirmed by the following elements:<br><br>**confirmation of the domicile by the neighborhood and presence of name Edmont de la Doucette on visible letters in the mailbox.**<br><br>The personal delivery to the addressee of the document could not be performed for the following reasons:<br><br>**the addressee of the document was absent**<br><br>I was unable to find a person willing to receive the copy of the document, which was submitted to my Office.<br><br>A notice of visit dated the same day, specifying the nature of the document, the name of the person requesting it and the indication that the document was submitted to my Office was left at said location.<br><br>The letter provided for by Article 658 of the French Civil Procedure Code, with a copy of the document, was sent on the next business day after the delivery date of this document.<br><br>Signed by me, Commissioner for Justice, regarding the notes on the service of process.<br><br><br>This document contains: 83 pages.<br><br>Clemence Broch, Esq.<br>[Signature]<br>[Stamp]<br>Clemence Broch, Esq.<br>Commissioner for Justice,<br>12, avenue Foch – 48000 MENDE |



**COMMISSAIRES
DE JUSTICE**
CHAMBRE NATIONALE

Paris, le 15 avril 2025

**CROWE FOREIGN SERVICES**
L. Celeste Ingalls
733 SW Vista Avenue
**PORTLAND**, OREGON 97205

ÉTATS-UNIS D'AMÉRIQUE

<u>**Vos réf.**</u> **: 6:24-CV-02009-MTK - Citation à comparaître devant le Tribunal de district de l'Oregon**

<u>Nos réf.</u> : 42665

Chère collègue,

Veuillez trouver sous ce pli les pièces concernant la demande de signification d'un acte à :

> **Monsieur Gregory Edmont DE LA DOUCETTE**
> La Combe de Ferrière
> 48160 SAINT-MICHEL-DE-DÈZE

...demande qui a abouti au résultat suivant :

☐ Remise à personne

☐ Remise à personne présente au domicile

☐ Remise à personne habilitée à recevoir l'acte

**X Dépôt à l'étude**

☐ Procès-verbal de recherches infructueuses (P.V. 659)

☐ Procès-verbal de tentative (n'habite pas à l'adresse indiquée)

Vous en souhaitant bonne réception,

Nous vous prions d'agréer, Chère collègue, l'expression de nos salutations distinguées.

Le Service des actes étrangers

44, RUE DE DOUAI - 75009 PARIS – FRANCE - TEL : +33 185 734 523
e-mail : p.bannier@cncj.fr

Exhibit 2

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | 04 Avril 2025 |
| — at (place, street, number):<br>à (localité, rue, numéro) : | LA COMBE DE FERRIERE<br>48160 SAINT Michel di ??? |

— **in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

☒ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***   DEPOT ETUDE
selon les formes légales (article 5, alinéa premier, lettre a))*

☐ b) **in accordance with the following particular method*:**
selon la forme particulière suivante* :
———

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | L'acte de signification accompli le 04 Avril 2025 |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | et note ??? |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à   MENDE<br>**The** / le  07 Avril 2025 | **Signature and/or stamp**<br>Signature et / ou cachet<br>SARL Clémence BROCH,<br>Commissaire de Justice,<br>12 avenue Foch - 48000 MENDE<br>Tél.: 04 86 65 14 71 - Fax : 04 66 49 11 76 |

**SARL Clémence BROCH**
**Commissaire de Justice**
12, Avenue Foch
48000 MENDE
Tél : 04.66.65.14.71
Ligne directe constat
uniquement : 07.85.81.97.29
clemencebroch.huissier@orange.
fr



Dépôt d'actes numérisés
Paiement sécurisé:
https://www.broch-huissier.fr

Membre du Groupement Des
Huissiers de Justice Officiers
Vendeurs

## ACTE
## DE
## COMMISSAIRE
## DE
## JUSTICE



```
        COUT DE L'ACTE
(Décret n° 2016-230 du 26-02-2016)
Art R444-3 Emolument         48.85
Art A. 444-48 Transp.         9.40
Coût remise à personne
T.V.A. 20.00                   ,00
Total T.T.C. Euros           58.25
Coût remise a tiers
T.V.A. 20.00                   ,00
Avis postal art.20            2.32
Total T.T.C. Euros           60.57
```

Référence : MD93231_2
N°: 4654

## SIGNIFICATION D'UN ACTE TRANSMIS PAR UN ETAT HORS UNION EUROPEENNE
En application de la Convention de la Haye du 15 Novembre 1965

L'AN DEUX MILLE VINGT CINQ ET LE  QUATRE AVRIL

*Je soussignée, Maître Clémence BROCH, Commissaire de Justice au sein de la SARL Clémence BROCH, titulaire d'un office de Commissaire de Justice à MENDE (48000), 12 avenue FOCH,*

**A LA DEMANDE DE** :
Monsieur JARED LANE WISE demeurant 116 SW Taft Avenue Bend OR 97702 ETATS UNIS D'AMERIQUE BEND OR

Elisant domicile en mon Etude.

**A** :
Monsieur EDMONT DE LA DOUCETTE Grégory demeurant LA COMBE DE FERRIERE 48160 SAINT MICHEL DE DEZE

où étant et parlant à comme il est dit ci-après,

**JE VOUS SIGNIFIE ET VOUS LAISSE COPIE** d'un acte transmis par les Etats-Unis d'Amérique en application de la Convention de Haye du 15 Novembre 1965

L'acte est établi dans la langue suivante : en français et en anglais.

### TRES IMPORTANT

Je vous informe que vous avez la faculté, conformément à l'article 688-6 alinéa 2 du code de procédure civile de refuser la notification de l'acte qui n'est pas établi dans une langue que vous connaissez et que vous pouvez demander que celui-ci soit traduit ou accompagnée d'une traduction française.

En cas de remise à personne, je vous ai indiqué verbalement l'information ci-dessus.

La présente signification vous est faite conformément aux dispositions de la Convention de la Haye du 15 Novembre 1965

### Article 688-6 alinéa 2 du code procédure civile :
« *L'acte est notifié dans la langue de l'Etat d'origine.*
*Toutefois le destinataire qui ne connaît pas la langue dans laquelle l'acte est établi peut en refuser la notification et demander que celui-ci soit traduit ou accompagné d'une traduction en langue française, à la diligence et aux frais de la partie requérante.*
*L'autorité en charge de la remise ou de la signification informe le destinataire de l'acte de cette possibilité. Mention est faite de cette*

*information dans l'acte constatant la remise ou la signification. »*

Maître Clémence BROCH



**SARL Clémence BROCH**
**Commissaire de Justice**
12, Avenue Foch
48000 MENDE
Tél : 04.66.65.14.71
Ligne directe constat
uniquement : 07.85.81.97.29
clemencebroch.huissier@orange.fr



Paiement à distance sécurisé
Dépôt d'actes numérisés
Paiement sécurisé: https://www.broch-huissier.fr

**Membre du Groupement Des Huissiers de Justice Officiers Vendeurs**

**ACTE
DE COMMISSAIRE
DE
JUSTICE**

| COUT DE L'ACTE |
|---|
| (Décret 096-1080 du 12-12-1996) |
| T.V.A. 20.00 % |
| 0.00 |
| Art R444-3 Emolument |
| 48.85 |
| Art A. 444-48 Transp. |
| 9.40 |
| Avis postal art.20 |
| 2.32 |
| Total T.T.C. Euros |
| 60.57 |

## MODALITES DE REMISE DE L'ACTE

Numéro de l'acte   MD93231 2
Dossier              JARED LANE WIS/EDMONT DE LA D
Références           SAE/42665 Aff. Jared Lane WISE c/ M. Grégogy de la DOUCETTE
Date Signification : quatre Avril 2025

POUR :   Monsieur EDMONT DE LA DOUCETTE Grégory

*Cet acte a été remis par Clerc assermenté à la signification des actes de Commissaire de justice dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites.*

Au domicile du destinataire dont la certitude est caractérisée par les éléments suivants :

**confirmation du domicile par le voisinage et présence du nom EDMONT DE LA DOUCETTE sur des courriers visibles dans la boîte aux lettres**

La signification à la personne même du destinataire de l'acte s'avérant impossible pour les raisons suivantes :

**destinataire de l'acte absent**

Je n'ai trouvé aucune personne susceptible de recevoir la copie de l'acte, cette dernière a été déposée en mon Etude.

Un avis de passage daté du même jour, mentionnant la nature de l'acte, le nom du requérant et l'indication que l'acte est déposé en mon Etude a été laissé sur place.

La lettre prévue par l'article 658 du Code de Procédure Civile contenant copie de l'acte a été adressée le premier jour ouvrable suivant la date de signification de l'acte.

Visées par moi, Commissaire de Justice, les mentions relatives à la signification.

Le présent acte comporte : 83 feuilles.

Maître Clémence BROCH



- 1 -