RECVD 29 SEP '25 13:44 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JARED LANE WISE

Plaintiff

v.

GREGORY EDMONT DE LA DOUCETTE

Defendant

Case No. 6:24-CV-02009-AP

---

**ORDER**

Pending before the Court is JARED LANE WISE, Plaintiff v. GREGORY EDMONT DE LA DOUCETTE, Defendant (Case number 6:24-CV-02009-AP). After reviewing Plaintiff's Motion for a Default Judgement, the record and the applicable law, the Court is of the opinion that a Default Judgement be issued in favor of the Plaintiff for the following amounts.

- The total amount of the fraud conducted by Defendant of $191,808.19 as described in the original complaint (ECF 1)
- Actual expense to date for Plaintiff's French attorney and other expenses directly related to efforts to uncover Defendant's fraud scheme and recover Plaintiff's investment, in an amount of $27,000.99

- Costs of service of summons to Defendant in France according to requirements of the Hague Convention, including translation of documents and retaining of a foreign process server, in the amount of $1,895.00
- Loss of value to Plaintiff due purely to inflation on the amount of the Defendant's fraud, as calculated using the United States Bureau of Labor Statistics online "CPI Inflation Calculator" from January 2021 to present, in the amount of $45,113.11
- Opportunity cost incurred by Plaintiff from lost investment opportunities due to the Defendant's fraud, as calculated using the 80.1% total return of the S&P 500 from January 2021 to present, in the amount of $151,495.69
- Direct costs of $40,548.00 in real estate transaction expenses Plaintiff incurred related to selling a real estate investment, which was necessary only because of Defendant's fraud and Plaintiff would not have sold otherwise
- Direct costs of $51,237.75 in federal capital gains tax Plaintiff incurred related to selling a real estate investment, which was necessary only because of Defendant's fraud and Plaintiff would not have sold otherwise
- Punitive damages for intentional infliction of Pain and Suffering by Defendant against Plaintiff in the amount of $250,000.00.

It is SO ORDERED.

Signed this ___ of _______________, 2025.

_________________________________

**AMY E. POTTER**

**UNITED STATES MAGISTRATE JUDGE**