| Form 202 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $25 | **Certificate of Formation**<br>**Nonprofit Corporation** | **Filed in the Office of the Secretary of State of Texas**<br>**Filing #: 806097142 06/25/2025**<br>**Document #: 1493333680002**<br>**Image Generated Electronically for Web Filing** |

**Article 1 - Corporate Name**

The filing entity formed is a nonprofit corporation. The name of the entity is :

**EDMONT FOUNDATION**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**GREGORY EDMONT DE LA DOUCETTE**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**1813 FM 69 S SULPHUR SPRINGS TX 75482**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Management**

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

**OR**

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

| | |
|---|---|
| Director 1: **GREGORY EDMONT DE LA DOUCETTE** | Title: **Director** |
| Address: **1813 FM 69 S SULPHUR SPRINGS TX, USA 75482** | |
| Director 2: **LYNNE VOLKMAN** | Title: **Director** |
| Address: **421 West 24th Street New York NY, USA 10011** | |
| Director 3: **JANI SIIVOLA** | Title: **Director** |
| Address: **1813 FM 69 S SULPHUR SPRINGS TX, USA 75482** | |

**Article 4 - Organization Structure**

☐ A. The corporation will have members.

or

☑ B. The corporation will not have members.

**Article 5 - Purpose**

The corporation is organized for the following purpose or purposes:

**The corporation is organized exclusively for charitable, educational, and scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States**

**Internal Revenue law).**

**Specifically, the corporation's mission is to promote emotional well-being, personal growth, and community connection by offering immersive, nature-based programs, workshops, and retreats. Activities may include experiential education in areas such as sustainable living, arts and crafts, regenerative agriculture, and conscious entrepreneurship; as well as providing space for rest, reflection, and healing in a supportive environment.**

**The corporation may engage in any lawful activity in furtherance of its charitable purposes, provided that such activities comply with the requirements of Section 501(c)(3).**

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Attachment.pdf**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Initial Mailing Address**

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:
**5931 Greenville Avenue**
**Dallas, TX 75206**
**USA**

**Organizer**

The name and address of the organizer are set forth below.
**Gregory Edmont de la Doucette** **5931 Greenville Ave, Dallas, TX 75206**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Gregory Edmont de la Doucette**
Signature of organizer.

**FILING OFFICE COPY**

Supplemental Provisions – Edmont Foundation

Article I – Dissolution Clause

Upon the dissolution of the corporation, its assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a court of competent jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations as said court shall determine, which are organized and operated exclusively for such purposes.

Article II – Limitation on Political Activities

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purpos set forth herein.

No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attemptin to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

Article III – Consent of Registered Agent

I, Gregory Edmont de la Doucette, hereby consent to serve as the registered agent for the Edmont Foundation, a non corporation to be formed in the State of Texas. I understand my responsibilities as registered agent under the Texas Business Organizations Code, including the duty to maintain a physical address in the state and to accept service of process on behalf of the organization.

Signature: [signature]
Name: Gregory Edmont de la Doucette
Date: 6-25-25