UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JARED LANE WISE

Plaintiff

v.

GREGORY EDMONT DE LA DOUCETTE

Defendant

Case No. 6:24-CV-02009-AP

**NOTICE OF APPEAL**

Comes now Pro Se Plaintiff Jared Lane Wise and notes his appeal to the United States 9th Circuit Court of Appeals of the dismissal of his claims with prejudice by this court.

**CERTIFICATE OF SERVICE**

I hereby certify on June 11, 2026, a copy of the foregoing will be served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

DATED this 11th day of June, 2026

s/Jared L. Wise

Jared L. Wise, Pro Se